IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 8:10CR118 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JEFFRY M. AHLM, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Review Order of Detention (#57). The government has filed an Opposition to Defendant's Motion For Review of Detention Order and Motion for Detention Hearing (#59). In addition, I have received a report from Pretrial Services recommending continued detention, noting that Ahlm has an active felony warrant in Iowa for probation violation.

After reviewing the above documents and the court's July 6, 2010 Order (#21) revoking defendant's conditions of release, I find the defendant's motion should be denied without hearing.

**IT IS ORDERED** that defendant's Motion to Review Order of Detention (#57) is denied without hearing.

Dated this 23rd day of February 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge